IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| ENIOS TECHNOLOGIES, INC. | § | 19-32870 |
| | § | |
| DEBTOR | § | CHAPTER 7 |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
COMBINED WITH REQUEST FOR NOTICES AND ALL COPIES PURSUANT
TO BANKRUPTCY RULE 2002 AND PLEADINGS PURSUANT TO
BANKRUPTCY RULES 3016, 3017(a) AND 9007**

ROBERT M. CORN, creditor in interest in the above captioned case, hereby requests that all notices given or required to be given in this case be given to and served upon him at the following address, telephone numbers and email address:

> Robert M. Corn
> Attorney at Law
> 3131 Eastside St., Suite 440
> Houston, Texas 77098-1947
> Telephone 713-229-0055
> Facsimile  713-229-0057
> Email: rcorn@corn-law.com

This request includes all notices, copies of pleadings referred to in Section 1109(b) of Title 11, United States Bankruptcy Code or in Rules 2002, 3016, 3017(a), 9007 or 9010(b) of the Bankruptcy Rules including without limitation notice of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this court in this case, whether formal or informal, whether written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Request is further made that the Debtor and the Clerk of the Court place the name and address of the undersigned on any mailing matrix to be prepared or existing in this case, and on any list of creditors to be prepared or existing in this case.

DATED: June 7, 2019.

Respectfully submitted,

*/s/ Robert M. Corn* .
Robert M. Corn
Southern District Bar No. 2064
State Bar of Texas No. 04828600

PRO SE

3131 Eastside St., Suite 440
Houston, Texas 77098-1947
Telephone: 713-229-0055
Facsimile:  713-229-0057
Email: rcorn@corn-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2019, a true and correct copy of the foregoing was served via the Court's ECF system, electronic mail, U.S. first class mail with postage prepaid, or facsimile upon the following:

Olaide Banks
Banks & Associates
3900 Essex Lane, Suite 900
Houston, Texas 77027
obanks@banks-attorneys.com

*/s/ Robert M. Corn* .
Robert M. Corn

/2019-06-07 RMC's Ntc of Appearance.docx